1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY TANNER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al*,<br><br>　　　　　Defendants. | Case No. 3:24-cv-00223-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION TO<br>DIMISS WITH PREJUDICE |

IT IS HEREBY STIPULATED between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mark Hackmann, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Kelly Tanner, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

Page 1

1  The Parties have resolved this matter in its entirety and agree that the Court may
2  accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

3  DATED this 13th day of May 2025.          DATED this 13th day of May 2025.
                                              AARON D. FORD
                                              Attorney General

_____             _/s/ Mark Hackmann_____
KELLY TANNER,                                MARK HACKMANN, (Bar No. 16704)
*Plaintiff*, pro se                          *Attorneys for Defendant*

In light of the information provided in the Interested Party NDOC's Response to Plaintiff's Motion Regarding Settlement Performance (ECF No. 18), IT IS ORDERED that the motion entered on 7/7/2025 at ECF No. 15 is denied as moot.

IT IS FURTHER ORDERED that this matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED: August 1, 2025

_____
Anne R. Traum
United States District Judge